No. 616. WENZLER v. PITCHESS, SHERIFF, ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS and MR. JUSTICE STEWART would reverse on the basis of *Redrup* v. *New York,* 386 U. S. 767. *Stanley Fleishman* for petitioner. *Byron B. Gentry* for respondents. 

No. 1216. ALLYN v. FLANNERY ET AL. App. Ct. Ill., 1st Dist. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Thomas R. Mulroy* and *Edward W. Rothe* for petitioner. 

No. 1015. IN RE T. W. P. Sup. Ct. Fla. and/or Ct. App. Fla., 3d Dist. Petition for writ of certiorari denied upon representation of the Attorney General of Florida that the case is moot. *Tobias Simon* and *Alfred I. Hopkins* for petitioner. *Earl Faircloth,* Attorney General, for the State of Florida. 

No. 1276. RE ET AL. v. UNITED STATES. C. A. 2d Cir. Motion to remand and certiorari denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion and petition. *Daniel H. Greenberg* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. 

No. 1003, Misc. JUAREZ v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, *S. Clark Moore,* Deputy Attorney General, for respondent.